UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-mj-8251-RMM

UNITED STATES OF AMERICA

vs.

ABEL OLIVERA-VELASQUEZ,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? Yes ___ No _X_

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? Yes ___ No _X_

                      Respectfully submitted,

                      JUAN ANTONIO GONZALEZ
                      UNITED STATES ATTORNEY

BY: _____
                      Susan Osborne
                      Assistant United States Attorney
                      Court No. A5500797
                      500 South Australian Ave, Suite 400
                      West Palm Beach, Florida 33401
                      TEL (561) 209-1003

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
| v. | ) |
| | ) Case No. 22-mj-8251-RMM |
| ABEL OLIVERA-VELASQUEZ, | ) |
| | ) |
| Defendant(s) | ) |

FILED BY _____KJZ_____ D.C.
Jun 22, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 21, 2022** in the county of **Palm Beach** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, Task Force Officer, HSI
Printed name and title

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this:

Date: 6/22/22

_____
Judge's signature

City and state: West Palm Beach, FL

Ryon M. McCabe, U.S. Magistrate Judge
Printed name and title

**AFFIDAVIT OF ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with Homeland Security Investigations (HSI) and also a Deportation Officer with Immigration and Customs Enforcement, and have been so employed for over eighteen years. I am currently assigned to HSI, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Abel OLIVERA-VELASQUEZ committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about June 21, 2022, Abel OLIVERA-VELASQUEZ was arrested in Palm Beach County, Florida for the offenses of possession of cocaine and possession of drug paraphernalia. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records show that Abel OLIVERA-VELASQUEZ is a native and citizen of Mexico. Records further show that on or about October 30, 2018, Abel OLIVERA-VELASQUEZ was ordered removed.

The Order of Removal was executed on or about November 8, 2018, whereby Abel OLIVERA-VELASQUEZ was removed from the United States and returned to Mexico.

5. Abel OLIVERA-VELASQUEZ's fingerprints taken in connection with his June 21, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Abel OLIVERA-VELASQUEZ.

6. A record check was performed in the Computer Linked Application Informational Management System to determine if Abel OLIVERA-VELASQUEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Abel OLIVERA-VELASQUEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. Based on the foregoing, I submit that probable cause exists to believe that, on or about June 21, 2022, Abel OLIVERA-VELASQUEZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for

re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __22__ day of June 2022.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ABEL OLIVERA-VELASQUEZ

**Case No**: 22-mj-8251-RMM

Count #: 1

Illegal re-entry after deportation

Title 8, United States Code, Section 1326(a)

* **Max. Term of Imprisonment: 2 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: 1 year**
* **Max. Fine: $250,000**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.