UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80101-CR-Cannon/Reinhart
_____

8 U.S.C. § 1326(a)

**UNITED STATES OF AMERICA**

v.

**ABEL OLIVERA-VELASQUEZ,**

                **Defendant.**
_____/

FILED BY ____KJZ____ D.C.

Jun 29, 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## INFORMATION

The United States Attorney charges that:

On or about June 21, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**ABEL OLIVERA-VELASQUEZ,**

an alien, having previously been removed from the United States on or about November 8, 2018, was found in the United States, knowingly and unlawfully, without the Attorney General of the United States or his/her successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557) having expressly consented to such alien's reapplying for admission to the United States, in violation of Title 8, United States Code, Section 1326(a).

_[signature]_ for
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_[signature]_
SUSAN OSBORNE
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 22-80101-CR-Cannon/Reinhart |
| v. | |
| ABEL OLIVERA-VELASQUEZ | **CERTIFICATE OF TRIAL ATTORNEY*** |
| _____/ | **Superseding Case Information:** |

**Court Division** (select one)

☐ Miami ☐ Key West ☐ FTP
☐ FTL ☒ WPB

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect: **Spanish**

4. This case will take **3** days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)        (Check only one)
   I   ☒ 0 to 5 days        ☐ Petty
   II  ☐ 6 to 10 days       ☐ Minor
   III ☐ 11 to 20 days      ☐ Misdemeanor
   IV  ☐ 21 to 60 days      ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes, Magistrate Case No. **22-8251-RMM**
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) **No**
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of **6/23/2022**
10. Defendant(s) in state custody as of
11. Rule 20 from the _____ District of
12. Is this a potential death penalty case? (Yes or No) **No**
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) **No**

By: _____
SUSAN OSBORNE
Assistant United States Attorney
Court ID No. A5500797

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: ABEL OLIVERA-VELASQUEZ

**Case No**: 22-80101-CR-Cannon/Reinhart

Count #: 1

Illegal re-entry after deportation

Title 8, United States Code, Section 1326(a)

* **Max. Term of Imprisonment: 2 years**
* **Mandatory Min. Term of Imprisonment (if applicable): n/a**
* **Max. Supervised Release: 1 year**
* **Max. Fine: $250,000**

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22-80101-CR-Cannon/Reinhart |
| ABEL OLIVERA-VELASQUEZ, | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

*Defendant's signature*

*Signature of defendant's attorney*

Peter Birch, AFPD
*Printed name of defendant's attorney*

*Judge's signature*

William Matthewman, U.S. Magistrate Judge
*Judge's printed name and title*